IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY H. MITCHELL, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv819-MHT |
| | ) | (WO) |
| ELMORE COUNTY JAIL, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiff, an inmate at the Elmore County Jail, filed this lawsuit contending that defendants have denied him the accessible shower and shower chair he needs as a result of a disability. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to either pay the filing fee or submit an application for leave to proceed in forma pauperis, as ordered by the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of February, 2022.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**