IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRY H. MITCHELL,            )
                              )
     Plaintiffs               )
                              )       CIVIL ACTION NO.
     v.                       )         2:21cv819-MHT
                              )             (WO)
ELMORE COUNTY JAIL, et        )
al.,                          )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to either pay the filing fee or submit an application for leave to proceed in forma pauperis, as ordered by the court, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of February, 2022.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE